# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID IVEY,            )<br>                                )<br>       Petitioner,    )<br>                                )<br>vs.                             )<br>                                )<br>WILLIAM R. GIBSON,  )<br>                                )<br>       Respondent.   ) | 4:07CV3242<br><br>SCHEDULING ORDER |

Upon review of counsel's Entry of Appearance [8],

IT IS ORDERED that the petitioner is given until and including **February 20, 2008** to move to file an Amended Complaint.

**DATED December 21, 2007.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**