```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

DAVID IVEY,                      )
                                 )
              Petitioner,        )        4:07CV3242
                                 )
         v.                      )
                                 )
WILLIAM R. GIBSON, TyLYNNE       )        ORDER
BAUER, and JON BRUNING,          )
                                 )
              Respondents.       )
                                 )
                                 )
```

IT IS ORDERED:

Respondents' motion to file amended answer, filing 46, is granted. The amended answer shall be filed forthwith.

DATED this 8th day of August, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge