IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID IVEY, | ) | |
| | ) | |
| Petitioner, | ) | 4:07CV3242 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM R. GIBSON, TyLYNNE BAUER, and JON C. BRUNING, | ) | ORDER |
| | ) | |
| Respondents. | ) | |

IT IS ORDERED:

Respondents' motion, filing 53, to file a second amended answer is granted and the second amended answer shall be filed forthwith.

DATED this 9th day of September, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge